IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RENETTA CORDLE, *et al.*, :
:
    Plaintiffs, : Civil Action No. C2-01-1000
:
: Judge Smith
vs. :
: Magistrate Judge King
K.C.J., INC., *et al.*, :
:
    Defendants. :

### STIPULATED JUDGMENT ENTRY ADOPTING THE PARTIES' SETTLEMENT AGREEMENT

This matter comes before the Court pursuant to the Joint Motion of Plaintiffs and Defendants for the approval of their "Settlement Agreement and Mutual Release" ("Agreement"). After careful review of the Agreement, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

The Agreement between Plaintiffs and Defendants is a fair and reasonable compromise of a bona fide dispute between the parties regarding Plaintiffs' claims for unpaid wages, attorney's fees, costs and interest under the Fair Labor Standards Act ("FLSA") and Ohio state law, and it is hereby approved and adopted by the Court.

The Court shall retain jurisdiction, until this matter is dismissed by the Parties, to resolve any disputes that might arise regarding their implementation of, or compliance with, the terms of the Agreement. Any unpaid costs shall be paid by Defendants.

IT IS SO ORDERED, this _31_ day of _October_, 2003.

                                                */s/ George C. Smith*
                                                United States District Court Judge

EXHIBIT B

Approved and submitted by:

s/ John W. Ferron
Ohio Bar Number: 0024532
Attorney for Plaintiffs
FERRON & ASSOCIATES
A Legal Professional Association
580 North Fourth Street, Suite 450
Columbus, Ohio 43215-2125
Telephone: (614) 228-5225
Fax: (614) 228-3255
E-mail: JFerron@Ferronlaw.com

s/ William J. O'Neill
Ohio Bar Number: 0029936
Attorney for Defendants
McDONALD HOPKINS Co., LPA
2100 Bank One Center
600 Superior Avenue, East
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Fax: (216) 348-5474
E-mail: woneill@mhbh.com