## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| RENETTA CORDLE, *et al.*, | : |
| Plaintiffs, | : Civil Action No. C2-01-1000 |
| | : Judge Smith |
| vs. | : |
| | : Magistrate Judge King |
| K.C.J., INC., *et al.*, | : |
| Defendants. | : |

### STIPULATED DISMISSAL WITH PREJUDICE

UPON STIPULATION OF THE PARTIES pursuant to F.R.C.P. 41(a)(1)(ii), and the settlement reached and consummated by the Parties, the claims of Plaintiffs Rosalind Brown, Kary Bullock, Kathy Clouse, Ryan R. Cole, Renetta Cordle, Kathy S. Francis, Natasha Francis, Samuel Gantner, Shirley Grimes, Jennifer Heitkamp, Sarah Jenkins, Sandy K. Lowmaster, Arietta Monnin, Kurtis O'Brien, Rebecca O'Brien, Dallas Pickering, Donna Prater, Sue Prater, William Roberts, Kathy Robinson, Thomas Rogan, Kyle Smith, Elizabeth Sunderland, Josh Willaman, Pamela Willmeth and Melissa Zeller are hereby dismissed with prejudice, Defendant to bear any unpaid costs.

Respectfully submitted,

s/ John W. Ferron
Ohio Bar Number: 0024532
Attorney for Plaintiffs
FERRON & ASSOCIATES
A Legal Professional Association
580 North Fourth Street, Suite 450
Columbus, Ohio 43215-2125
Telephone: (614) 228-5225
Fax: (614) 228-3255
E-mail: JFerron@Ferronlaw.com

2

s/ William J. O'Neill
Ohio Bar Number: 0029936
Attorney for Defendants
McDONALD HOPKINS Co., LPA
2100 Bank One Center
600 Superior Avenue, East
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Fax: (216) 348-5474
E-mail: woneill@mhbh.com
